## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01416-BNB

DAVID ANDREW SCHLENKERT,

      Applicant,

v.

RENE GARCIA, et al.,

      Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      The motion for immediate consideration that Applicant, David Andrew Schlenkert, submitted to and filed with the Court on June 17, 2009, is DENIED as unnecessary.

Dated:  July 27, 2009